# In the United States Court of Federal Claims

No. 22-1600

(Filed: December 1, 2022)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| CHARLES B. HENRY, | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Plaintiff Charles B. Henry ("Plaintiff"), an Alaska state prisoner proceeding pro se,[1] filed a Complaint with this Court apparently seeking to submit an appeal to the Court of Appeals for the Federal Circuit rather than a cause of action within this court's jurisdiction. See ECF No. 1 at 1.

Plaintiff's intended appeal appears to be related to an incarceration stemming from sexual abuse of a minor in 1990. See ECF No. 1 at 2-5. The Court of Federal Claims does not have appellate jurisdiction over criminal convictions.

Therefore, the Complaint is **DISMISSED** for lack of jurisdiction. The Clerk of the Court is instructed to enter judgment accordingly.

---

[1] Plaintiff also filed an application to proceed in forma pauperis. ECF No. 2. The Court **GRANTS** the Motion for the limited purpose of the jurisdictional inquiry.

1

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Senior Judge**